[No. 12049-0-III.    Division Three.    January 19, 1993.]

WILLIAM SAPP, *Appellant*, v. DAMSKOV AUTO SALES, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-2-00146-6, James R. Thomas, J., entered November 8, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11630-1-III.    Division Three.    January 19, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID LEE HATLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-1-00016-5, Michael E. Cooper, J., entered April 18, 1991. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11704-9-III.    Division Three.    January 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT JUEDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-1-00137-8, Charles W. Cone, J., entered June 19, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.